# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:15-cr-30  **At:** Knoxville, TN - Courtroom 3B  **Date:** November 23, 2015

**Style:** United States of America **vs** Lee Jenkins, Jr. (Custody – Present)
James Jenkins (Custody – Present)
David Davis (Custody – Present)

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | FTR | Melissa Haduck |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |
| Tracy Stone | R. Deno Cole | Jonathan Moffatt |
| **Asst. U.S. Attorney** | **Attorney for Deft L. Jenkins** | **Attorney for Deft J. Jenkins** |

James H. Varner, Jr.
**Attorney for Deft Davis**

**Others Present:** USM, CSO

Initial Appearance and Arraignment on Superseding Indictment held as to the Defendants. Defendants are sworn. The Court appointed counsel in this matter for Defendants James Jenkins and David Davis. Not guilty pleas entered by all defendants. Defendants detained pending further proceedings.

**Dates and Deadlines Set:**

**Jury Trial:** March 8, 2016 at 9:00 a.m. before Chief District Judge Thomas A. Varlan
**Discovery Deadline:** November 25, 2015
**Motion Cut-Off:** December 16, 2015
**Response Deadline:** January 5, 2016
**Motion Hearing:** January 8, 2016 at 2:30 p.m. before Magistrate Judge C. Clifford Shirley, Jr.
**Reciprocal Cut-Off:** January 8, 2016
**Plea Deadline:** January 28, 2016

[] Defendants released on conditions    [X] Defendants remanded to custody of Marshal

**Time:** 10:40 a.m.  **to**  11:10 a.m.