UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
)
) 3:15-CR-30
)
)
)
DAVID DAVIS )

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

_____ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__X__ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date.

_____  11-23-15
DEFENDANT                      Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk

APPROVED: _____
United States Magistrate Judge

Case 3:15-cr-00030-TAV-CCS   Document 103   Filed 11/23/15   Page 1 of 1   PageID #: 504